**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PHOEBE CALDWELL                                                                                           PLAINTIFF

v.                                              No. 4:10CV02041 JLH

VIC SNYDER, *et al.*                                                                                     DEFENDANTS

## ORDER

On January 3, 2011, the Court entered an order designating United States Magistrate Judge J. THOMAS RAY to hear and determine or make a recommended disposition, as appropriate, with respect to all pretrial matters that may arise during the course of this case. Upon further consideration, the referral of this case to the magistrate judge is withdrawn.

IT IS SO ORDERED this 14th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE