# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PHOEBE CALDWELL                                                                                          PLAINTIFF

v.                                             No. 4:10CV02041 JLH

VIC SNYDER, ET AL.                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action be and it is hereby DISMISSED, WITH PREJUDICE.

Dated this 21st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE